# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| Plaintiff, | Case Number: 20-232 (JRT/DTS) |
| v. | |
| | Date: October 19, 2023 |
| Amondo Antoine Miller (19), | Court Reporter: Kristine Mousseau |
| Tashena Lavera Crump (31) | Renee Rogge |
| Ballam Hazeakiah Dudlty (35), | Courthouse: Minneapolis |
| Defendant. | Courtroom: 14E |
| | Time Commenced: 9:12 am |
| | Time Concluded: 4:38 pm |
| | Time in Court: 5 Hour & 32 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

- For Plaintiff: Melinda Williams, Harry Jacobs, Matthew Ebert, Garret Fields
- For Defendant: Robin Wolpert, Matthew Forsgren, Caitlinrose Fisher, Donald Lewis, Kathleen Curtis

PROCEEDINGS:

X **JURY Trial Held.**
X Trial continued to October 20, 2023 at 9:00 a.m. in courtroom 14E.
X Plaintiff's witnesses: John Western, Sharon Griggs, Kurt Beulke, Kenneth Michael Effland, Victoria Bernhoft, Nathaniel Gookin, Ryan Meinecke, Kevin Garnier, Jared Michelizzi

IT IS ORDERED:

X   Present bond continued.

                                                                                       s/Heather Arent
                                                                             Courtroom Deputy Clerk