# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| Plaintiff, | Case Number: 20-232 (JRT/DTS) |
| v. | |
| | Date: October 20, 2023 |
| Amondo Antoine Miller (19), | Court Reporter: Kristine Mousseau |
| Tashena Lavera Crump (31) | Renee Rogge |
| Ballam Hazeakiah Dudley (35), | Courthouse: Minneapolis |
| Defendant. | Courtroom: 14E |
| | Time Commenced: 8:52 am |
| | Time Concluded: 3:53 pm |
| | Time in Court: 5 Hour & 27 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:    Melinda Williams, Harry Jacobs, Matthew Ebert, Garret Fields
   For Defendant:  Robin Wolpert, Matthew Forsgren, Caitlinrose Fisher, Donald Lewis, Kathleen Curtis

PROCEEDINGS:

X  **JURY Trial Held.**
X  Trial continued to October 26, 2023 at 9:00 a.m. in courtroom 14E.
X  Plaintiff's witnesses: Jared Michelizzi, Robert Simpson, Jimmy Simpson, Mary Jo Herrett, Daniel Ward, Erik Skindrud, Sarah Wicker

IT IS ORDERED:

X   Present bond continued.

 s/Heather Arent
Courtroom Deputy Clerk