# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| Plaintiff, | Case Number: 20-232 (JRT/DTS) |
| v. | |
| | Date: November 6, 2023 |
| Amondo Antoine Miller (19), | Court Reporter: Kristine Mousseau |
| Tashena Lavera Crump (31) | Courthouse: Minneapolis |
| Ballam Hazeakiah Dudley (35), | Courtroom: 14E |
| Defendant. | Time Commenced: 3:38 pm |
| | Time Concluded: 3:57 pm |
| | Time in Court: 19 Minutes |

Trial before Nancy E. Brasel, United States District Judge, at Minneapolis, Minnesota.

**APPEARANCES:**

  For Plaintiff:    Melinda Williams, Harry Jacobs, Matthew Ebert, Garret Fields
  For Defendant:  Robin Wolpert, Matthew Forsgren, Caitlinrose Fisher, Donald Lewis, Kathleen Curtis

**PROCEEDINGS:**

X  **JURY Trial Ended.**
X  Jury resumed deliberations on 11/6/2023.
X  Verdict Rec'd at 3:38 p.m. for:
    X  Guilty as to Count(s) 1, 11, 15, 18, 26 for Amondo Miller; Counts 1, 36, 40, 47 for Tashena Crump, and Counts 1, 6, 23, 41 for Ballam Dudley

**IT IS ORDERED:**

X  Present bond continued.
X  Presentence Investigation and Report requested.
X  Clerk to file Verdict.
X  Exhibits returned to counsel or parties.

 

                                                                   s/Heather Arent
                                                                   Courtroom Deputy Clerk